[No. 23257-3-III.   Division Three.   January 31, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. JOSHUA J. HOOD, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 03-1-04021-6, Kathleen M. O'Connor, J., entered July 22, 2004. *Affirmed* by unpublished opinion per Thompson, J. Pro Tem., concurred in by Kato, C.J., and Brown, J.

[No. 23385-5-III.   Division Three.   February 2, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. BRITNEY I. TERWISSCHA, *Appellant.*

Appeal from a judgment of the Superior Court for Grant County, No. 04-8-00074-1, Evan E. Sperline, J., and Harry E. Ries, J. Pro Tem., entered August 2 and September 24, 2004. *Affirmed* by unpublished opinion per Brown, J., concurred in by Kato, C.J., and Schultheis, J.

[No. 23407-0-III.   Division Three.   February 2, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. RAYMOND ANDREW LAPLANTE, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 04-1-00560-5, Tari S. Eitzen, J., entered August 31, 2004. *Affirmed* by unpublished opinion per Thompson, J. Pro Tem., concurred in by Kato, C.J., and Brown, J.